MILES v. BOUSE ET AL.

[No. 10,044.    Filed March 12, 1918.]

From Wells Circuit Court; W. H. Eichhorn, Judge.

Action by Arla (Dawley) Miles against Bertha Bouse and others. From a judgment for the defendants, the plaintiff appeals. Affirmed.

Abram Simmons and Charles G. Dailey, for appellant
Frank W. Gordon and L. B. Simmons, for appellees.

BATMAN, P. J.—This is an action by appellant against appellees to quiet title to certain real estate. The issues, evidence, and questions presented are identical with those in Smithson v. Bouse (1918), ante 66, 118 N. E. 970, the real estate in questoin being 120 acres of the 200-acre tract mentioned in the opinion in said cause. By an agreement of the parties these causes were consolidated on appeal for the purpose of briefing and consideration by this court. On the authority of said cause No. 10045, and with the same limitations as to the scope of the decision, the judgment in this case is affirmed.

---

KRETZER ET AL. v. GROSS.

[No. 9,517.    Filed March 14, 1918.]

From Marion Probate Court; Mahlon E. Bash, Judge.

James M. Leathers, for appellants.
Means & Buenting, for appellee.

BATMAN, P. J.—The record discloses that this is an action to contest a will. This court, therefore, is without jurisdiction. §1392 Burns 1914, Acts 1907 p. 237. For that reason, this cause is transferred to the Supreme Court under the provision of §1397. Burns 1914, Acts 1901 p. 565, §13.